IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DELVIN RONALD BERG,

        Appellant,

 v.                                            Case No.    5D21-2160
                                               LT Case No. 2018-CF-485

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Delvin R. Berg, Palm Coast, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

        AFFIRMED.


LAMBERT, C.J., NARDELLA and WOZNIAK, JJ., concur.